# MARTHA J. LOCKWOOD

7701 WOODMONT AVENUE • APARTMENT 609 • BETHESDA, MARYLAND 20814

VOICE: (301) 961-9289 • FAX: (301) 961-9287 • e-mail: lockwood@hers.com

COPY

January 30, 2002

Mr. Patrick J. Szymanski
Baptiste and Wilder
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036

Dear Pat,

I hope that all is well with you, and that you are able to give this matter a bit of attention.

I'm wondering where we are with my civil cases against Messrs. Robbins and Taylor, and when we might expect it to come to trial. I know that you said that it might take anywhere from five to seven years to come up, so we should be zeroing in a date fairly soon.

This year, 2002, marks seven years since I was so publicly humiliated and fired by Robbins and Taylor from the Association of Telemessaging Services International. My concern is that valuable records will be destroyed or "lost". Isn't there some sort of government ruling about keeping records for seven years?

As you can see from the above address, I've moved (not far) since we started this whole thing. Please feel free to call or contact me there. If it is easier for you to reach me at the office, please contact me there. I've enclosed my business card.

Thanks, Pat. I look forward to hearing from you.

Sincerely,

# MARTHA J. LOCKWOOD

7701 WOODMONT AVENUE • APARTMENT 609 • BETHESDA, MARYLAND 20814
VOICE: (301) 961-9289 • FAX: (301) 961-9287 • e-mail: lockwood@hers.com

**CERTIFIED MAIL**
**RETURN RECEIPT 7001 1940 0001 3407 7897**

June 17, 2002

Mr. Patrick J. Szymanski
Baptiste and Wilder
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036

Dear Pat,

I am assuming that the original letter that I sent in January is sitting in Brentwood or some other postal facility, so I'm enclosing a copy.

Please don't try to reach me at my office. We lost our funding, and I am no longer employed. Please try to reach me at home (the numbers are above) or by email. If I don't hear from you by week's end, I'll give you a call.

These past seven years have been very difficult for me, and I would like to get some closure on this.

Thanks, Pat. I look forward to hearing from you.

Sincerely,

Enc. Copy of January 30, 2002 Letter, as referenced

02/10/05 10:47:34       CWS_MAN_CH4->          RightFax  RightFax        Page 003

10/25/04  MON 17:26 FAX 202 223 0723        BAPTISTE & WILDER                    ☒002

# MARTHA J. LOCKWOOD

7701 WOODMONT AVENUE • APARTMENT 609 • BETHESDA, MARYLAND 20814
VOICE: (301) 961-9289 • FAX: (301) 961-9287 • e-mail: lockwood@hers.com

**CERTIFIED MAIL**
**RETURN RECEIPT 7000 0520 0021 9061 8988**

July 15, 2002

Mr. Robert M. Baptiste
Baptiste and Wilder
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036

Dear Bob,

The D. C. Superior Court jury empaneling problems notwithstanding, I am becoming
increasing concerned that the civil case the your firm filed on my behalf in 1996 will
never come to justice. My career, and subsequently my well-being, has suffered greatly
as a result of the actions that were taken by Messrs. Taylor and Robbins to terminate my
employment from the Association of Telemessaging Services, international. Indeed, I
had breakfast with a colleague last week who remarked about it.

Since my public and humiliating firing in 1995, I have had employment, financial and
personal problems that stem directly from the actions of these two Board members.

Where are we with all of this? Can we expect trial anytime soon?

As you can see from the attached letters to Pat, I am greatly concerned. However, I have
not heard back from him, and don't know what to think. In addition to these letters, I've
left voice mails for him on his phone. Can you give me some answers?

Thanks, Bob. I look forward to hearing from you.

Sincerely,

Enc.    Copy of January 30, 2002 Letter, to Mr. Szymanski, as referenced
        Copy of June 17, 2002 Letter, to Mr. Szymanski, as referenced