IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br>One Liberty Plaza<br>165 Broadway<br>53rd Floor,<br>New York, New York 10006<br><br>　　　　Plaintiff,<br><br>v.<br><br>**BAPTISTE & WILDER, P.C.,**<br>Registered Agent: Susan Boyle<br>1150 Connecticut Ave., NW<br>Suite 500<br>Washington, D.C.  20036<br><br>**ROBERT M. BAPTISTE**<br>1150 Connecticut Ave., N.W.<br>Suite 500<br>Washington, D.C.  20036<br><br>and<br><br>**PATRICK J. SZYMANSKI,**<br>The International Brotherhood<br>of Teamsters<br>25 Louisiana Ave., N.W.<br>Washington, D.C.  20001<br><br>　　　　Defendants. | CASE NO.: _____ |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

　　　　I, the undersigned counsel of record for American Guarantee and Liability Insurance Company certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of American Guarantee and Liability Insurance Company:

American Guarantee and Liability Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc. a Delaware corporation.  Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation (the remaining 0.1289% is owned by ZGA US Limited).  Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss Corporation.  Zurich Group Holding is owned 43% by Allied Zurich plc and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.  Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss stock exchange and a secondary listing on the London stock exchange, and a further trading of American Depository Receipts.

These representations are made in order that Judges of the Court may determine the need for recusal.

                Respectfully submitted,

                CARR MALONEY P.C.


                By:  William J. Carter   /s/_____
                William J. Carter, 329637
                1615 L Street, N.W.
                Suite 500
                Washington, D.C.  20036
                (202) 310-5500 (telephone)
                (202) 310-5555 (facsimile)

1869204v1

-3-

                    Attorneys for American Guarantee and
                    Liability Insurance Company

Case 1:05-cv-01958-JR   Document 2   Filed 10/04/2005   Page 3 of 4

1869204v1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of The United States District Court for the District of Columia was mailed, postage pre-paid, on this ____ day of October 2005 to:

>Baptiste & Wilder, P.C.
>Registered Agent: Susan Boyle
>1150 Connecticut Ave., NW
>Suite 500
>Washington, D.C. 20036
>
>Robert M. Baptiste
>1150 Connecticut Ave., NW
>Suite 500
>Washington, D.C. 20036
>
>Patrick J. Szymanski
>The International Brotherhood
>Of Teamsters
>25 Louisiana Ave., NW
>Washington, D.C. 20001

                            William J. Carter   /s/_____
                            William J. Carter

1869204v1