IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND** ) <br> **LIABILITY INSURANCE COMPANY** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BAPTISTE & WILDER, P.C., et al.** ) <br> ) <br> Defendants. ) | CASE NO.: 05-1958 <br><br> Judge:  James Robertson |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Undersigned counsel moves this Court to admit Scott F. Bertschi and Michelle M. Kahoiwai to represent Plaintiff, American Guarantee and Liability Insurance Company in association with undersigned counsel and in support thereof states as follows:

1. Scott F. Bertschi is a member of the law firm of Arnall Golden Gregory LLP located in Atlanta, Georgia.  He is admitted to the Bar for the State of Georgia, the Georgia Court of Appeals, the Supreme Court of the State of Georgia, United States District Court for the Northern District of Georgia, United States District Court for the Middle District of Georgia, United States District Court for the Eastern District of Michigan and the United States Court of Appeals for the 1st Circuit.

2. Michelle M. Kahoiwai is a member of the law firm of Arnall Golden Gregory LLP located in Atlanta, Georgia.  She is admitted to the Bar for the State of Georgia, the Georgia Court of Appeals, the Supreme Court of the State of Georgia, and the United States District Court for the Northern District of Georgia.

-2-

3. The United States District Court for the District of Columbia, through its Rule LCvR 83.2(c) and (d), allows for admission of foreign counsel, *pro hac vice*.

4. Local Rule LCvR 83.2(c) provides in pertinent part as follows:

*Practice by non-members of the Bar of this Court.* (1) An attorney who is a member in good standing in the Bar of any United States Court or of the highest Court of any state, but who is not a member of the Bar of this Court may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court. All papers submitted by non-members of the Bar of this Court must be signed by such counsel and by a member of the Bar of this Court joined in compliance with this Rule.

5. This Court's Local Rules further provide in LCvR83.2(d) as follows:

*Participation of non-members of this Court's Bar in court proceedings.* An attorney who is not a member of the Bar of this Court may be heard in open court only by permission of the Judge to whom this case is assigned. Any attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a Declaration by the non-member that sets forth:

(1) The full name of the attorney;

(2) The attorney's office address and telephone number;

(3) A list of all Bars to which the attorney has been admitted;

(4) A certification that the attorney either has or has not been disciplined by any Bar, and if the attorney has been disciplined by any Bar, the circumstances and details of the discipline;

-3-

(5) The number of times the attorney has been admitted *pro hac vice* in this Court within the last two years;

(6) Whether the attorney, if the attorney engages in the practice of law from an office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending;

6. Undersigned counsel is a member in good standing of the District of Columbia Bar, and is licensed to practice law in the District of Columbia, and is likewise a member in good standing of the Bar of this Court;

7. Scott F. Bertschi and Michelle M. Kahoiwai fully understand that upon admission *pro hac vice* each of them is subject to the Local Rules of the United States District Court for the District of Columbia and the Federal Rules of Disciplinary Enforcement. Attached as Exhibits 1 and 2 to this Motion are Declarations, executed by Scott F. Bertschi and Michelle M. Kahoiwai, in accordance with this Court's Rule LCvR 83.2(d).

WHEREFORE, for the reasons stated above, undersigned counsel respectfully moves for admission *pro hac vice* the appearance of Scott F. Bertschi and Michelle M. Kahoiwai in the above-captioned matter.

Respectfully submitted,

CARR MALONEY P.C.

By: William J. Carter   /s/
William J. Carter, 329637
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036

1869204v1

                                    (202) 310-5500 (telephone)
                                    (202) 310-5555 (facsimile)

                                    Attorneys for American Guarantee and
                                    Liability Insurance Company

Case 1:05-cv-01958-JR   Document 3   Filed 10/06/2005   Page 4 of 5

1869204v1

-5-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Admit Attorney *Pro Hac Vice* was mailed, postage pre-paid, on this 6th day of October 2005 to:

>Baptiste & Wilder, P.C.
>Registered Agent: Susan Boyle
>1150 Connecticut Ave., NW
>Suite 500
>Washington, D.C. 20036
>
>Robert M. Baptiste
>1150 Connecticut Ave., NW
>Suite 500
>Washington, D.C. 20036
>
>Patrick J. Szymanski
>The International Brotherhood
>Of Teamsters
>25 Louisiana Ave., NW
>Washington, D.C. 20001

>William J. Carter   /s/_____
>William J. Carter