IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN GUARANTEE AND** ) | | |
| **LIABILITY INSURANCE COMPANY** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | CASE NO.: 05-1958 | |
| ) | | |
| **BAPTISTE & WILDER, P.C., et al.** ) | Judge:  James Robertson | |
| ) | | |
| Defendants. ) | | |

## ORDER

THIS MATTER comes before the Court upon Motion for Admission of Foreign Counsel, *Pro Hac Vice*, and for good cause shown, it is:

ORDERED that Scott F. Bertschi and Michelle M. Kahoiwai be and are permitted to appear and conduct this particular cause, *pro hac vice*, and to appear and participate in Court proceedings, in association with District of Columbia counsel who is a member in good standing with this Court;

ENTERED this ____ day of _____, 2005.

_____
Judge James Robertson

cc:   William J. Carter, Esq.
      Carr Maloney PC
      1615 L Street, NW
      Suite 500
      Washington, D.C.  20036

      Baptiste & Wilder, P.C.
      Registered Agent:  Susan Boyle
      1150 Connecticut Ave., NW
      Suite 500
      Washington, D.C.  20036

Robert M. Baptiste
1150 Connecticut Ave., NW
Suite 500
Washington, D.C.  20036

Patrick J. Szymanski
The International Brotherhood
Of Teamsters
25 Louisiana Ave., NW
Washington, D.C.  20001