IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BAPTISTE & WILDER, P.C., ROBERT M. BAPTISTE, and PATRICK J. SZYMANSKI,<br><br>Defendants. | CASE NO.: _____ |

## DECLARATION OF SCOTT F. BERTSCHI

SCOTT F. BERTSCHI affirms and declares:

1. I am a member of the law firm of Arnall Golden Gregory LLP, 171 17th Street N.W., Suite 2100, Atlanta, Georgia 30363-1031. I make this declaration in support of my application for admission to appear in the above-captioned action *pro hac vice* on behalf of Plaintiff American Guarantee and Liability Insurance Company.

2. I am admitted to the Bar for the State of Georgia (1994), Georgia Court of Appeals (1994), Supreme Court of the State of Georgia (1996), United States District Court for the Northern District of Georgia (1995), United States District Court for the Middle District of Georgia (1999), United States District Court for the Eastern District of Michigan (1998), and United States Court of Appeals for the First Circuit (2003).

1924648v1

    3.    I am in good standing and am eligible to practice before the Bar in each of the courts listed above. I am not currently, and never have been, suspended or disbarred by any court.

    4.    I have not currently, nor have I within the past two years, made any other *pro hac vice* application before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Atlanta, Georgia, 10/3/05

_____
SCOTT F. BERTSCHI

1924648v1