IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BAPTISTE & WILDER, P.C., ROBERT M. BAPTISTE, and PATRICK J. SZYMANSKI,<br><br>Defendants. | CASE NO.: _____ |

### DECLARATION OF MICHELLE M. KAHOIWAI

MICHELLE M. KAHOIWAI affirms and declares:

1. I am a member of the law firm of Arnall Golden Gregory LLP, 171 17th Street N.W., Suite 2100, Atlanta, Georgia 30363-1031. I make this declaration in support of my application for admission to appear in the above-captioned action *pro hac vice* on behalf of Plaintiff American Guarantee and Liability Insurance Company.

2. I am admitted to the Bar for the State of Georgia (2000), the Georgia Court of Appeals (2000), the Supreme Court of the State of Georgia (2000), and the United States District Court for the Northern District of Georgia (2000).

3. I am in good standing and am eligible to practice before the Bar in each of the courts listed above. I am not currently, and never have been, suspended or disbarred by any court.

4. I have not currently, nor have I within the past two years, made any other *pro hac vice* application before this Court.

1742249v1

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Atlanta, Georgia, _____Oct. 3, 2005_____.

_____Michelle Kahoiwai_____
MICHELLE M. KAHOIWAI

1742249v1