# In The United Stated District Court
# For The District of Columbia

**AMERICAN GUARANTEE AND**
**LIABILITY INSURANCE COMPANY**
Plaintiff

vs.                                            Case Number: **1:05CV01958**

**BAPTISTE & WILDER, P.C.**
**ROBERT M. BAPTISTE**
**PATRICK J. SZYMANSKI**
Defendants

### Affidavit of Service

**State of Virginia  County of** _FAIRFAX_____, to wit:

This day <u>Cynthia Sable</u> personally appeared before the undersigned Notary Public in and for the County and State aforesaid, and having been first duly sworn according to law, deposes and sates as follows: That she is not a Party to, or otherwise interested in, the subject matter in controversy in the within cause; that she is over the age of eighteen (18) years: that on the <u>12TH day of October, 2005, at 3:08m</u>  she served :

**Summons, Complaint, Exhibit 1, 2 and 3**

On **Patrick Szymanski, International Brotherhood of Teamsters**, located at: 25 Louisiana Avenue, NW Washington, DC 20001

By Sub-Service On:  <u>Justin Keating, Staff Attorney</u>

Subscribed and sworn before me this:
_13th_ day of _October_, 2005

_Dawn L. Caston_

MY COMMISSION EXPIRES:
06/30/06

Cynthia Sable - Private Process Server
Sable & Associates
PO Box 4386
Arlington, Virginia 22204