# In The United Stated District Court
# For The District of Columbia

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**
   Plaintiff

              vs.                                    Case Number: **1:05CV01958**

**BAPTISTE & WILDER, P.C.**
**ROBERT M. BAPTISTE**
**PATRICK J. SZYMANSKI**
   Defendants

### Affidavit of Service

State of Virginia County of _FAIRFAX_, to wit:

This day Cynthia Sable personally appeared before the undersigned Notary Public in and for the County and State aforesaid, and having been first duly sworn according to law, deposes and sates as follows: That she is not a Party to, or otherwise interested in, the subject matter in controversy in the within cause; that she is over the age of eighteen (18) years: that on the 12TH day of October, 2005, at 2:25pm she served:

**Summons, Complaint, Exhibit 1, 2 and 3**

On **Susan Boyle, Registered Agent for Baptite & Wilder, P.C.**, located at: 1150 Connecticut Avenue, NW Washington, DC 20036

By: Personal Service

Subscribed and sworn before me this:

_13th_ day of _October_, 2005

_Dawn L. Carter_

MY Commission Expires: 06/30/06

_Cynthia Sable_
Cynthia Sable - Private Process Server
Sable & Associates
PO Box 4386
Arlington, Virginia 22204