# In The United Stated District Court
# For The District of Columbia

**AMERICAN GUARANTEE AND**
**LIABILITY INSURANCE COMPANY**
   Plaintiff

        vs.                        Case Number: <u>1:05CV01958</u>

**BAPTISTE & WILDER, P.C.**
**ROBERT M. BAPTISTE**
**PATRICK J. SZYMANSKI**
   Defendants

**Affidavit of Service**

State of Virginia  County of <u>FAIRFAX</u>, to wit:

    This day <u>Cynthia Sable</u> personally appeared before the undersigned Notary Public in and for the County and State aforesaid, and having been first duly sworn according to law, deposes and sates as follows: That she is not a Party to, or otherwise interested in, the subject matter in controversy in the within cause; that she is over the age of eighteen (18) years: that on the <u>12TH day of October, 2005, at 2:25pm</u> she served :

**Summons, Complaint, Exhibit 1, 2 and 3**

On **Robert Baptite** at his business, Baptiste & Wilder, P.C., located at:
1150 Connecticut Avenue, NW  Washington, DC 20036
By: <u>Personal Service</u>

Subscribed and sworn before me this:

<u>13th</u> day of <u>October</u>, 2005

_Dawn L. Caston_

My commission expires:
06/30/06

_Cynthia Sable_ - Private Process Server
Sable & Associates
PO Box 4386
Arlington, Virginia 22204