**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRIC OF COLUMBIA**

| | |
|---|---|
| **AMERICAN GUARANTEE AND** ) <br> **LIBAILITY INSURANCE COMPANY** ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> **BAPTISTE & WILDER, P.C., et al.,** ) <br> ) <br> Defendants. ) | **CASE NO.: 05-01958** |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Judah Lifschitz, Esq., and Richard Karpinski, Esq., and the law firm of Shapiro Lifschitz & Schram, P.C., as counsel for defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski.

                                                                                             /s/
                                      Judah Lifschitz, Esq., 963330
                                      Richard Karpinski, Esq., 393412
                                      SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.
                                      1742 N Street, N.W.
                                      Washington, D.C. 20036
                                      (202) 689-1900 (telephone)
                                      (202) 689-1901 (facsimile)

                                      Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 28th day of October, 2005, the foregoing was served via the Court's electronic filing system upon the following:

> William J. Carter
> Carr Maloney P.C.
> 1615 L Street, N.W.
> Suite 500
> Washington, D.C.  20036

                                                      _____/s/_____
                                                      Richard Karpinski

F:\Clients\733\01\Pleadings\Notice of Appearance.doc

Case 1:05-cv-01958-JR    Document 7    Filed 10/28/2005    Page 3 of 3