IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND LIBAILITY INSURANCE COMPANY**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**BAPTISTE & WILDER, P.C., et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 05-01958<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF TIME TO FILE A RESPONSE

It is hereby stipulated and agreed, by and between the parties, that the defendants' time to respond to the Complaint be extended to and including November 17, 2005.

| | |
|---|---|
| /s/ | /s/ |
| William J. Carter | Judah Lifschitz, Esq., 963330 |
| CARR MALONEY P.C. | Richard Karpinski, Esq., 393412 |
| 1615 L Street, N.W. | SHAPIRO, LIFSCHITZ AND SCHRAM, P.C. |
| Suite 500 | 1742 N Street, N.W. |
| Washington, DC 20036 | Washington, D.C. 20036 |
| (202) 310-5500 (telephone) | (202) 689-1900 (telephone) |
| (202) 310-5555 (facsimile) | (202) 689-1901 (facsimile) |
| | |
| Counsel for American Guarantee and Liability insurance Company | Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski |

**SO ORDERED:**

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the 28th day of October, 2005, the foregoing was served via the Court's electronic filing system upon the following:

> William J. Carter
> Carr Maloney P.C.
> 1615 L Street, N.W.
> Suite 500
> Washington, D.C. 20036

                              _____/s/_____
                              Richard Karpinski