IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND** <br> **LIABILITY INSURANCE COMPANY** <br><br> Plaintiff, <br><br> v. <br><br> **BAPTISTE & WILDER, P.C.,** <br> **ROBERT M. BAPTISTE, and** <br> **PATRICK J. SZYMANSKI,** <br><br> Defendants. | CASE NO.: 05-01958 |

**JOINT SCHEDULING CONFERENCE MEMORANDUM**

Pursuant to Rule 26, Fed. R. Civ. P. and Local Rule 16.3, the parties to this lawsuit jointly submit this Scheduling Conference Memorandum.

1. <u>Resolution of case by dispositive motion</u>. No dispositive motions have been filed to date. However, the parties likely will file dispositive motions.

2. <u>Date by which all parties are joined</u>. The parties agree that the deadline to join parties or amend pleadings should be May 31, 2006. The parties anticipate that some factual and legal issues may be agreed upon, as determined during the course of discovery.

3. <u>Assignment to magistrate judge</u>. The parties agree that this case would not be suitable for reference to a magistrate judge.

4. <u>Realistic possibility of settlement</u>. The parties agree that it is too early to assess the possibility of settlement.

1945484v1

5. <u>Alternative Dispute Resolution</u>. The parties agree that once discovery has been completed, ADR procedures might be valuable, but that it is too early to assess that with any specificity at this time.

6. <u>Resolution of the case by motion</u>. The parties suggest that the final date for filing dispositive motions be August 31, 2006, with 30 days thereafter to file responses, and 15 days thereafter to file replies .

7. <u>Dispense with Rule 26(a)(1) disclosures</u>. The parties agree to exchange Rule 26(a)(1) disclosures by January 31, 2006.

8. <u>Discovery limits</u>. The parties agree that: the limits set in the Federal Rules of Civil Procedure are suitable for this case; a protective order may be appropriate, and if so, a suitable Order will be presented for the Court's approval; and that all discovery should be completed by July 31, 2006.

9. <u>Modify Rule 26(a)(2) expert disclosure rules</u>. The parties agree that Plaintiff will disclose its experts and opinions not later than April 28, 2006, with Defendants disclosing their respective experts and opinions not later than May 31, 2006.

10. <u>Class action issues</u>. Not applicable.

11. <u>Bifurcate discovery/trial</u>. The parties do not feel bifurcation is appropriate at this time.

12. <u>Date for pretrial conference</u>. The parties agree on a pretrial conference to be set in late November, 2006.

13. <u>Trial date</u>. The parties agree that the Court should set a firm trial date at the pretrial conference.

14. <u>Other matters</u>. None.

1945484v1

-3-

Respectfully submitted this _____ day of _____ 2006.

CARR MALONEY P.C.

By: /s/ _____
William J. Carter, 329637
1615 L. Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (phone)
(202) 310-5555 (fax)

ARNALL, GOLDEN & GREGORY LLP

By: /s/ _____
Michelle Kahoiwai, Esq., *Pro Hac Vice*
Scott F. Bertschi, Esq., *Pro Hac Vice*
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031
(404) 873-8588

*Attorneys for Plaintiff*

SHAPIRO, LIFSCHITZ & SCHRAM, P.C.

By: /s/ _____
Judah Lifschitz, Esq., 963330
Richard Karpinski, Esq., 393412
1742 N Street N.W.
Washington, D.C. 20036

*Attorneys for Defendants*

Case 1:05-cv-01958-JR   Document 10   Filed 01/06/2006   Page 3 of 3