IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND** ) <br> **LIABILITY INSURANCE COMPANY** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BAPTISTE & WILDER, P.C.,** ) <br> **ROBERT M. BAPTISTE, and** ) <br> **PATRICK J. SZYMANSKI,** ) <br> ) <br> Defendants. ) | CASE NO.: 05-01958 |

## PROPOSED SCHEDULING ORDER

Pursuant to a conference held on January 24, 2006 counsel for the parties, the Court sets the following schedule:

The parties will exchange Rule 26(a)(1) disclosures by January 31, 2006.

Plaintiff will disclose its experts not later than April 28, 2006.

Defendants will disclose their experts not later than May 31, 2006.

The deadline to join parties and to amend pleadings will be May 31, 2006.

Discovery will close on July 31, 2006.

The parties will file dispositive motions by August 31, 2006, with responses due thirty (30) days thereafter, and replies due fifteen (15) days after the filing of responses.

A Pretrial Conference will be held on November ___, 2006 at _____.

The Court will set a trial date at the Pretrial Conference.

_____
Judge James Robertson

1945484v1

-2-

ccs:

William J. Carter, Esq.
Carr Maloney, PC
1615 L Street, NW
Suite 500
Washington, D.C. 20036

Michelle Kahoiwai, Esq.
Scott F. Bertschi, Esq.
Arnall, Golden & Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

Judah Lifschitz, Esq.
Richard Karpinski, Esq.
Shapiro, Lifschitz & Schram, P.C.
1742 N Street N.W.
Washington, D.C.  20036