IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND ) <br> LIABILITY INSURANCE COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BAPTISTE & WILDER, P.C., ) <br> ROBERT M. BAPTISTE, and ) <br> PATRICK J. SZYMANSKI, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.: 1:05CV01958 <br><br> JUDGE: James Robertson |

## AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY'S INITIAL DISCLOSURES

Plaintiff American Guarantee & Liability Insurance Company ("American Guarantee") hereby responds to the following disclosures as required by Federal Rule of Civil Procedure 26(a)(1) as follows:

**(1) The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals may have discoverable information that American Guarantee may use to support its claims or defenses:

- Robert M. Baptiste – Defendant. Mr. Baptiste is expected to have knowledge of facts relating to the litigation styled Martha J. Lockwood v. Robert M. Baptiste, et. al., filed in the Superior Court of the District of Columbia, Case No. 04-0007551 (the "Underlying Litigation").

1953856v1

-2-

- Patrick J. Szymanski – Defendant. Mr. Szymanski is expected to have knowledge of facts relating to the Underlying Litigation.

- Martha J. Lockwood – Ms. Lockwood is expected to have knowledge of facts relating to the Underlying Litigation.

Additionally, American Guarantee may rely on a corporate representative of American Guarantee or its affiliates to support its claims and/or defenses relating to the coverage issues in this action. American Guarantee reserves the right to supplement or amend this response as discovery in this action proceeds.

**(2)  A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

At this time, American Guarantee identifies the following relevant documents, which are located at the offices of Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia, 30363:

- Lawyers Professional Liability Insurance Policy issued to Baptiste & Wilder, P.C. for the policy period of November 5, 2003 to November 5, 2004, No. LPL 4907012-1 (the "Policy").

- Pleadings in the Underlying Litigation and documents related thereto.

- Correspondence between Martha J. Lockwood and Defendants.

**(3)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Fed. R. Civ. P. 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

American Guarantee claims no damages at this time.

-3-

**(4)     Produce for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

Since the case is a declaratory judgment action, there is no insurance policy that might pay for a judgment in this case. However, the Policy, which is the subject of this case, is in Defendants' possession.

This _____ day of _____ 2006.

Respectfully submitted,

CARR MALONEY P.C.

By:_____/s/_____
William J. Carter, 329637
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (phone)
(202) 310-5555 (fax)

ARNALL GOLDEN GREGORY LLP

By:_____/s/_____
Scott F. Bertschi
Admitted *Pro Hac Vice*
Michelle M. Kahoiwai
Admitted *Pro Hac Vice*
2800 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3450
(404) 873-8500 (phone)
(404) 873-8501 (fax)

Attorneys for Plaintiff