IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND <br> LIABILITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> BAPTISTE & WILDER, P.C., <br> ROBERT M. BAPTISTE, and <br> PATRICK J. SZYMANSKI, <br><br> Defendants. | CASE NO.: 1:05CV01958 <br><br> JUDGE: James Robertson |

## PLAINTIFF'S EXPERT DISCLOSURE

Pursuant to the Court's Order of January 26, 2006 approving the Parties Joint Scheduling Conference Memorandum, FRCP 26(a)(2) Plaintiff American Guarantee and Liability Insurance Company identifies Lee H. Ogburn, Esquire as an expert in this matter.

Mr. Ogburn has been retained to provide an opinion concerning whether, prior to the date that American Guarantee and Liability Insurance Company ("American Guarantee") first provided professional liability insurance to Baptiste & Wilder, PC, Baptiste & Wilder had any basis (1) to believe that any insured under American Guarantee's policy number LTL 4907012-1 had breached a professional duty; or (2) to foresee that an act or omission might reasonably be expected to be the basis of a claim against it.

In connection with this undertaking, Mr. Ogburn has reviewed the following documents: the complaint for declaratory relief filed by American Guarantee against Baptiste & Wilder, et al., Case No. 1:05cv01958 in the United States District Court for the District of Columbia; the

complaint filed by Martha Lockwood against Baptiste & Wilder, PC, et al., Case No. 04-0007551 in the Superior Court for the District of Columbia; the professional liability insurance policy issued by American Guarantee to Baptiste & Wilder, PC effective November 5, 2003 to November 5, 2004, Policy No. LPL 4907012-1; letters from Martha Lockwood to Patrick Szymanski dated January 30, 2002 and June 17, 2002; a letter from Martha Lockwood to Robert Baptiste dated July 15, 2002; the answer of Baptiste & Wilder, PC, Robert M. Baptiste and Patrick J. Szymanski to the American Guarantee complaint; a letter from Scott Barabush to Roland Wilder dated January 11, 2005; a letter from Roland Wilder to Scott Barabush dated January 21, 2005; Baptiste & Wilder et al.'s response to plaintiff's first set of interrogatories; and Baptiste & Wilder's response to plaintiff's request for production of documents.

From the documents that he has reviewed, Mr. Ogburn states that it appears that Mr. Szymanski, while an employee of Baptiste & Wilder, represented Ms. Lockwood in an employment matter. In connection with that matter, he instituted in 1995 or 1996 an arbitration proceeding with the AAA and filed in 1996 a civil action in the Superior Court of the District of Columbia. The civil action was dismissed on December 12, 1996 for failure to serve the defendants within the time required by the rules of the Superior Court.

Mr. Ogburn indicates that the documents show that Ms. Lockwood has now sued Mr. Szymanski, Robert Baptiste, and Baptiste & Wilder contending that she was never advised by Mr. Szymanski or Baptiste & Wilder of the dismissal of the action. She contends that she visited the civil clerk's office of the Superior Court to review her file in January, 2003 and discovered for the first time that the case had been dismissed in 1996.

2

Mr. Ogburn states that the documents further indicate that Ms. Lockwood wrote Mr. Szymanski a letter dated January 30, 2002 and a certified letter dated June 17, 2002 to inquire concerning the status of her civil case. She received no response. Ms. Lockwood then wrote Robert Baptiste a certified letter dated July 15, 2002, to again inquire concerning the status of her case, to report the adverse personal and professional consequences to her of the actions that were the subject of the civil suit, and to ask whether her case would come to trial soon. She said that she was "increasingly concerned that the civil case the (sic) your firm filed on my behalf in 1996 will never come to justice."

Based on the above, Mr. Ogburn's opinion is that the American Guarantee policy issued to Baptiste & Wilder incepted on November 5, 2002, and less than four months before the inception date, Baptiste & Wilder had received Ms. Lockwood's July 15, 2002 letter indicating that she was "greatly concerned" because the lawsuit that the firm had filed on her behalf had not yet come to trial. In fact, the lawsuit had been dismissed in December 1996. When the first American Guarantee policy incepted on November 5, 2002, Baptiste & Wilder was aware that its client or former client believed that a lawsuit of great significance to her was pending and due for trial, when the lawsuit had actually been dismissed and the claims it asserted were barred by limitations. The firm was also aware at that time that either Ms. Lockwood's file had been lost or, having found it, that it contained no document memorializing notice to Ms. Lockwood of the dismissal of her case or of a decision not to refile the case. In either circumstance, given Ms. Lockwood's correspondence to the firm in 2002, the firm was aware of an act or omission that might reasonably be expected to be the basis of a claim against it and/or Mr. Szymanski.

3

As no depositions have been taken to date, and as American Guarantee has not had an opportunity to review Defendants' recently produced documents, American Guarantee reserves the right to supplement the opinions set forth herein.

A copy of Mr. Ogburn's CV is attached.

                         Respectfully submitted,

                         CARR MALONEY P.C.

By: _____
    William J. Carter, 329637
    1615 L. Street, N.W., Suite 500
    Washington, D.C. 20036
    (202) 310-5500 (phone)
    (202) 310-5555 (fax)

                         ARNALL, GOLDEN & GREGORY LLP

By: _____
    Michelle Kahoiwai, Esq., *Pro Hac Vice*
    Scott F. Bertschi, Esq., *Pro Hac Vice*
    171 17th Street, N.W.
    Suite 2100
    Atlanta, GA 30363-1031
    (404) 873-8588

                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Expert Disclosure was mailed, postage pre-paid, on this 31st of May 2006 to:

>Judah Lifschitz, Esq.
>Richard Karpinski, Esq.
>Shapiro, Lifschitz & Schram, P.C.
>1742 N Street N.W.
>Washington, D.C. 20036

_____
William J. Carter