**Lee H. Ogburn**
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Phone:  (410) 752-6030
Fax:  (410) 539-1269
E-mail:  logburn@kg-law.com
Website:  kramonandgraham.com

---

**EXPERIENCE:**
Kramon & Graham, P.A., 1979 to present
Office of the Attorney General of Maryland, 1978-1979
Smith, Somerville & Case, 1976-1978

**EDUCATION:**
University of Maryland School of Law, J.D., 1975
University of North Carolina, B.A., 1972

**ADMITTED TO PRACTICE:**
Court of Appeals of Maryland
United States Court of Appeals for the Fourth Circuit
United States District Court for the District of Columbia
United States District Court for the District of Maryland
United States District Court for the Eastern District of Michigan
Supreme Court of the United States

**PROFESSIONAL AFFILIATIONS:**
American Bar Association
    Member, Tort and Insurance Practice and Litigation Sections
    Member and Vice-Chair, 1997, Committee on Insurance Coverage Litigation Maryland
    Association of Defense Trial Counsel (Editor, The Defense Line, 1987-1988)
Bar Association of Baltimore City
    Member, Committee on Professional Ethics, 1980-1983
    Member, 1981-1982, Chairman, 1982-1983, Public Education Committee of Young
    Lawyers' Section
    Elected Member, Executive Council of Young Lawyers Section, 1983-1984
    Member-At-Large, Executive Council of Young Lawyers Section, 1984-1985
    Chairman, Committee on Review and Reform, 1985-1986
Judicial Conference of the United States Court of Appeals for the Fourth Circuit
Maryland State Bar Association
    Member, Committee on Judicial Appointments, 2003-

{LHO/LHO/00172629.DOCv1}

**CIVIC INVOLVEMENT:**
Bryn Mawr School, Board Member 1996-2005
Church of the Redeemer Vestry, 2004 to present
Maryland Public Justice Center, Board Member 2002-03

**PUBLICATIONS AND SPEAKING ENGAGEMENTS:**

"Allocation: Twenty Years of Dispute Without a Resolution", Published in CGL Reporter, Fall 2002

"Allocation Issues When Multiple Policy Periods of Insurance are Triggered", American Bar Association Mid-Year Meeting of Insurance Coverage Litigation Committee of the Tort and Insurance Practice Section, 1995; Published in CGL Reporter, Fall 1995

"Beyond the Asbestos Analogy: General Liability Coverage Issues Raised by Mold Claims", Mealey's Mold Insurance Litigation Conference, 2002

"Deposing and Defending the Underwriter", American Bar Association Insurance Coverage Litigation Committee Mid-Year Meeting, 2006

"EIFS and Mold: "Long Tail" Claims?", Mealey's Insurance Coverage Disputes Concerning Construction Defects Conference, 2003

"Issues Concerning Insurance Coverage for Indoor Pollution Claims", American Bar Association Annual Meeting, 1996

"Once an Operations Injury, Always an Operations Injury? Aggregate Limits of Coverage for Asbestos-Related Injuries", American Bar Association 11th Annual Insurance Coverage Litigation Committee Mid-Year Program, 2003

"Refining the Business Risk Doctrine: The Meaning of "Occurrence" and "Property Damage" After 1986", Mealey's Insurance Coverage Disputes Concerning Construction Defects Conference, 2005

"The Exclusion of "Business Risks" from General Liability Coverage for Construction Defect Claims", "Insurance Law Institute" Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., 2004

"The Progression of Trigger Litigation in Maryland - Determining the Appropriate Trigger of Coverage, Its Limitations, and Ramifications", 53 Maryland Law Review 220

Panelist, "New Wave of Environmental Coverage: Toxic Mold Litigation & The "New Wave" Asbestos Litigation", American Bar Association 11th Annual Insurance Coverage Litigation Committee Mid-Year Program, 2003

Speaker, "Critical Issues in Construction Defects Litigation", AEI-Brookings Joint Center for Regulatory Studies Judicial Symposium, 2006

Speaker, "Insurance Coverage for Defective Construction", AEI-Brookings Joint Center for Regulatory Studies Judicial Symposium, 2005

Speaker, Mealey's 4th Annual Advanced Insurance Coverage Conference: Top 10 Issues, 2006

Speaker, Mealey's Insurance Coverage Disputes Concerning Construction Defects Conference, 2004, 2006

Speaker, "The "Work" and "Products" Exclusions and the "Professional Liability" Exclusion", American Bar Association National CLE Program "Insurance Coverage for Defective Construction Litigation"