IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND** ) <br> **LIABILITY INSURANCE COMPANY** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> ) <br>     v. ) <br> ) <br> **BAPTISTE & WILDER, P.C., et al.,** ) <br> ) <br>     **Defendants.** ) | **CASE NO.: 05-01958** |

**JOINT STIPULATED MOTION FOR ENLARGEMENT OF TIME
AND ENTRY OF STIPULATED REVISED SCHEDULING ORDER**

Plaintiff, American Guarantee and Liability Insurance Company ("AGLI") and Defendants, Baptiste & Wilder, P.C., Robert M. Baptiste, and Patrick J. Szymanski, hereby move, jointly and by stipulation, pursuant to Fed. R. Civ. P. 1, 16, and 23, and Local Rules 7, 16.1 and 16.4 of the Local Rules of this Court, for an enlargement of time to complete discovery, and for entry of the accompanying stipulated Revised Scheduling Order.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities. As discussed therein, the Parties are actively engaged in discovery in this case, and respectfully request that the Court extend the close of discovery to November 30, 2006, with a corresponding extension of other deadlines, to permit the parties to complete their ongoing discovery in an orderly manner. An independent reason to extend the discovery period in this case is that a mediation is in the process of being scheduled in the underlying (non-coverage) litigation pending in

the Superior Court of the District of Columbia.  The Parties are hopeful that this mediation may permit a resolution not only of that case but of this one as well.

A stipulated proposed Order is submitted herewith.

Dated: July 11, 2006                                          Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| William J. Carter, 329637 | Judah Lifschitz, Esq., 963330 |
| CARR MALONEY P.C. | Richard Karpinski, Esq., 393412 |
| 1615 L Street, N.W. | SHAPIRO, LIFSCHITZ AND SCHRAM, P.C. |
| Suite 500 | 1742 N Street, N.W. |
| Washington, DC  20036 | Washington, D.C. 20036 |
| (202) 310-5500 (telephone) | (202) 689-1900 (telephone) |
| (202) 310-5555 (facsimile) | (202) 689-1901 (facsimile) |
| | |
| Counsel for American Guarantee and Liability insurance Company | Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND** ) <br> **LIABILITY INSURANCE COMPANY** ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> **BAPTISTE & WILDER, P.C., et al.,** ) <br> ) <br> Defendants. ) | CASE NO.: 05-01958 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT STIPULATED MOTION FOR ENLARGEMENT OF TIME
AND ENTRY OF STIPULATED REVISED SCHEDULING ORDER**

Plaintiff, American Guarantee and Liability Insurance Company ("AGLI") and Defendants, Baptiste & Wilder, P.C., Robert M. Baptiste, and Patrick J. Szymanski, move, jointly and by stipulation, pursuant to Fed. R. Civ. P. 1, 16, and 23, and Local Rules 7, 16.1 and 16.4 of the Local Rules of this Court, for an enlargement of time to complete discovery, and for entry of the accompanying stipulated Revised Scheduling Order.

The present scheduling order provides for discovery to close on July 31, 2006, with dispositive motions on August 31, 2006, responses 30 days thereafter, replies 15 days after responses, and a pretrial conference thereafter at the Court's convenience to, among other things, set a trial date.

The Parties respectfully request that the close of discovery be extended to November 30, 2006, with a corresponding extension of the other deadlines in the case, to permit the parties time to conclude their ongoing discovery in an orderly fashion. An independent reason to extend the discovery period in this case is that a mediation is in

the process of being scheduled in the underlying (non-coverage) litigation pending in the Superior Court of the District of Columbia.  The Parties are hopeful that this mediation may permit a resolution not only of that case but of this one as well.

The Parties are pleased to report that they have completed the exchange of, and response to, interrogatories and requests for production of documents.  The Parties are reviewing these responses and anticipate possible requests for supplementation in various areas.  In the interim, the 30(b)(6) deposition of the Plaintiff is scheduled for July 18, 2006, and that of defendant Patrick Szymanski for July 19, 2006.  The Parties are working cooperatively to schedule the remaining depositions in the case.  These are expected to include the deposition of defendant Robert M. Baptiste, as well as the depositions of the three expert witnesses (one for Plaintiff and two for Defendants) named in the case.  Based on discussions to date, it appears likely that Defendants will also request additional 30(b)(6) depositions of Plaintiffs after the first, to cover certain areas that the first witness may not be able to fully discuss.  Various of counsel also have extensive deposition and related calendars in other matters during the months of July, August and September, including an upcoming trial in a complex commercial arbitration and extensive depositions in a matter pending in the United States District Court for the District of Maryland.

## CONCLUSION

For the foregoing reasons, the Parties' motion should be granted.

| | |
|---|---|
| Dated: July 11, 2006 | Respectfully submitted, |

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| William J. Carter, 329637 | Judah Lifschitz, Esq., 963330 |
| CARR MALONEY P.C. | Richard Karpinski, Esq., 393412 |
| 1615 L Street, N.W. | SHAPIRO, LIFSCHITZ AND SCHRAM, P.C. |
| Suite 500 | 1742 N Street, N.W. |
| Washington, DC  20036 | Washington, D.C. 20036 |
| (202) 310-5500 (telephone) | (202) 689-1900 (telephone) |
| (202) 310-5555 (facsimile) | (202) 689-1901 (facsimile) |
| | |
| Counsel for American Guarantee and Liability insurance Company | Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski |

3