IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>BAPTISTE & WILDER, P.C., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 05-01958<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of the Parties' Joint Stipulated Motion for Enlargement of Time and Entry of Stipulated Revised Scheduling Order, and the entire record in this case, it is this ____ day of _____, 2006, hereby

ORDERED, that the Motion be, and the same is hereby

GRANTED; and it is further

ORDERED, that the Scheduling Order previously entered in this case be, and the same is hereby

AMENDED AS FOLLOWS:

Discovery will close on November 30, 2006.

The parties will file dispositive motions by December 31, 2006, with responses due thirty (30) days thereafter, and replies due fifteen (15) days after the filing of responses.

A Pretrial Conference will be held on _____, 2006, at _____.

The Court will set a trial date at the Pretrial Conference.

**SO ORDERED:**

_____
United States District Judge