IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND<br>LIABILITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BAPTISTE & WILDER, P.C., et al.,<br><br>Defendants. | CASE NO.: 05-01958 |

**JOINT STIPULATED MOTION FOR ENLARGEMENT OF TIME
AND ENTRY OF STIPULATED REVISED SCHEDULING ORDER**

Plaintiff, American Guarantee and Liability Insurance Company ("AGLI") and Defendants, Baptiste & Wilder, P.C., Robert M. Baptiste, and Patrick J. Szymanski, hereby move, jointly and by stipulation, pursuant to Fed. R. Civ. P. 1, 16, and 23, and Local Rules 7, 16.1 and 16.4 of the Local Rules of this Court, for an enlargement of time to complete discovery, and for entry of the accompanying stipulated Revised Scheduling Order.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities. As discussed therein, the Parties have made and continue to make progress in discovery in this case, but believe a modest additional amount of time will be required to accommodate the schedules of expert witnesses as well as the court commitments and obligations of counsel.

The parties respectfully request that the Court extend the close of discovery by 45 days to January 16, 2007, with a corresponding extension of other deadlines, to permit the parties to complete their ongoing discovery in an orderly manner.

A stipulated proposed Order is submitted herewith.

Dated: October 19, 2006                                          Respectfully submitted,

| /s/ | /s/ |
|---|---|
| William J. Carter, 329637 | Judah Lifschitz, Esq., 963330 |
| CARR MALONEY P.C. | Richard Karpinski, Esq., 393412 |
| 1615 L Street, N.W. | SHAPIRO, LIFSCHITZ AND SCHRAM, P.C. |
| Suite 500 | 1742 N Street, N.W. |
| Washington, DC 20036 | Washington, D.C. 20036 |
| (202) 310-5500 (telephone) | (202) 689-1900 (telephone) |
| (202) 310-5555 (facsimile) | (202) 689-1901 (facsimile) |
| | |
| Counsel for American Guarantee and Liability insurance Company | Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**<br><br>Plaintiff,<br><br>v.<br><br>**BAPTISTE & WILDER, P.C., et al.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 05-01958<br>)<br>)<br>)<br>) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT STIPULATED MOTION FOR ENLARGEMENT OF TIME AND ENTRY OF STIPULATED REVISED SCHEDULING ORDER

Plaintiff, American Guarantee and Liability Insurance Company ("AGLI") and Defendants, Baptiste & Wilder, P.C., Robert M. Baptiste, and Patrick J. Szymanski, move, jointly and by stipulation, pursuant to Fed. R. Civ. P. 1, 16, and 23, and Local Rules 7, 16.1 and 16.4 of the Local Rules of this Court, for an enlargement of time to complete discovery, and for entry of the accompanying stipulated Revised Scheduling Order.

The present scheduling order provides for discovery to close on November 30, 2006, with dispositive motions on December 31, 2006, responses 30 days thereafter, replies 15 days after responses, and a pretrial conference thereafter at the Court's convenience to, among other things, set a trial date. The Parties respectfully request that the close of discovery be extended by 45 days to January 16, 2006, with a corresponding extension of the other deadlines in the case, to permit the parties time to conclude their ongoing discovery in an orderly fashion.

As previously reported, the parties have completed the exchange of interrogatories and document requests and the responses thereto, which are under review. Depositions had been temporarily deferred pending a mediation in the underlying action in DC Superior Court in the hope that such mediation would resolve both that case and this one. The mediation having not been successful, the parties are scheduling the fact witnesses for deposition, and expect to complete those depositions within the next several weeks. This is expected to leave three expert depositions and a 30(b)(6) deposition of the Plaintiff to be completed. Scheduling of these latter depositions has been complicated by the extraordinary demands placed on counsel's calendars by their other court commitments, including among others two ongoing arbitration trials in which Defendants' counsel have been engaged. Further, one of the attorneys for the Plaintiff is expecting a child shortly and will have to transition her responsibilities in this case to another attorney while she is on leave. There are also the schedules of the expert and corporate-designee witnesses to consider.

Under these circumstances, counsel respectfully submit that the requested extension is reasonable and should be granted in the interests of justice.

## CONCLUSION

For the foregoing reasons, the Parties' motion should be granted.

Dated: October 19, 2006							Respectfully submitted,

/s/  
William J. Carter, 329637  
CARR MALONEY P.C.  
1615 L Street, N.W.  
Suite 500  
Washington, DC 20036  
(202) 310-5500 (telephone)  
(202) 310-5555 (facsimile)  

Counsel for American Guarantee and Liability insurance Company

/s/  
Judah Lifschitz, Esq., 963330  
Richard Karpinski, Esq., 393412  
SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.  
1742 N Street, N.W.  
Washington, D.C. 20036  
(202) 689-1900 (telephone)  
(202) 689-1901 (facsimile)  

Counsel for Defendants Baptiste & Wilder, P.C., Robert M. Baptiste & Patrick J. Szymanski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY )<br><br>Plaintiff, )<br><br>v. )<br><br>BAPTISTE & WILDER, P.C., et al., )<br><br>Defendants. ) | CASE NO.: 05-01958 |

### ORDER

UPON CONSIDERATION of the Parties' Joint Stipulated Motion for Enlargement of Time and Entry of Stipulated Revised Scheduling Order, and the entire record in this case, it is this ____ day of _____, 2006, hereby

ORDERED, that the Motion be, and the same is hereby

GRANTED; and it is further

ORDERED, that the Scheduling Order previously entered in this case be, and the same is hereby

AMENDED AS FOLLOWS:

Discovery will close on January 17, 2007.

The parties will file dispositive motions by February 19, 2007, with responses due thirty (30) days thereafter, and replies due fifteen (15) days after the filing of responses.

Upon disposition of the dispositive motions, the Court will convene a status conference for the setting of a Pretrial Conference date and a Trial date.

**SO ORDERED:**

_____
United States District Judge