IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERICAN GUARANTEE AND** | ) | |
| **LIABILITY INSURANCE COMPANY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.:  05-01958 |
| | ) | |
| **BAPTISTE & WILDER, P.C.,** | ) | |
| **ROBERT M. BAPTISTE, and** | ) | |
| **PATRICK J. SZYMANSKI,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties who have appeared in

this action hereby STIPULATE and AGREE that this action be, and the same is hereby,

DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 16th day of February 2007.


CARR MALONEY P.C.                    SHAPIRO, LIFSCHITZ & SCHRAM, P.C.



By:  ___William J. Carter /s/_____          By:  ___Judah Lifschitz /s/_____
William J. Carter, 329637                Judah Lifschitz, Esq., 963330
1615 L. Street, N.W., Suite 500             Richard Karpinski, Esq., 393412
Washington, D.C.  20036                 1742 N Street N.W.
(202) 310-5500 (phone)                 Washington, D.C.  20036
(202) 310-5555 (fax)

                           Attorneys for Defendants

ARNALL, GOLDEN & GREGORY LLP

By:    Michelle Kahoiwai  /s/
Michelle Kahoiwai, Esq., *Pro Hac Vice*
Scott F. Bertschi, Esq., *Pro Hac Vice*
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031
(404) 873-8588


Attorneys for Plaintiff

2064574v1